# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DARRELL GENE ELOGE,** ) | **CASE NO. 4:07CV3187** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **MEMORANDUM** |
| ) | **AND ORDER** |
| **ADRIEAM BARTEK, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

The Plaintiff filed a complaint and motion for leave to proceed in forma pauperis on July 20, 2007. Filing Nos. 1 & 2. At the time he filed his complaint, the Plaintiff was incarcerated at the Lincoln Correctional Center ("LCC") in Lincoln, Nebraska. However, the court's August 6, 2007, order was sent by the Clerk of the Court to the Plaintiff at his last known LCC address, but the mailing was returned undeliverable. No forwarding information is available from the institution, and the Plaintiff has failed to promptly inform the court of his change of address. This case cannot be prosecuted in this court if the Plaintiff's whereabouts remain unknown.

Accordingly,

IT IS ORDERED:

1. The Plaintiff is given until September 4, 2007, to apprise the court of his current address, in the absence of which this case will be dismissed for want of prosecution; and

2. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: September 4, 2007: show cause deadline for failing to maintain a current address with the court.

Dated this 20th day of August, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge