IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DARRELL GENE ELOGE,** | ) | **CASE NO. 4:07CV3187** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **ADRIEAM BARTEK, and** | ) | |
| **BRENT VINDERSLEV,** | ) | |
| | ) | |
| Defendants. | ) | |

The plaintiff, who was previously incarcerated, was granted leave to proceed in forma pauperis pursuant to the terms and conditions of 28 U.S.C. § 1915 (a)(2) and (b). After being released from prison, the plaintiff filed a new application for leave to proceed in forma pauperis (IFP). (Filing No. 11.) Upon review of the plaintiff's financial affidavit, the plaintiff is provisionally granted leave to proceed IFP.

IT IS THEREFORE ORDERED THAT: The plaintiff's application for leave to proceed in forma pauperis (IFP), (Filing No. 11), is provisionally granted.

DATED this 16th day of October, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge